# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KBM OFFICE EQUIPMENT, INC.,** <br> Plaintiff, <br> vs. <br> **NEUTRAL POSTURE, INC.,** <br> Defendant. | CASE NO. 19-cv-07789-YGR <br><br> **ORDER GRANTING STAY** |

The Court has carefully reviewed the parties' respective statements regarding defendant and counter-claimant Neutral Posture Inc.'s ("Neutral Posture") request for a 60-day stay. (Dkt. Nos. 28, 29.) Good cause appearing, the Court hereby **STAYS** the action for a period of 60 days from the date of this Order.

Further, the Court notes that on February 4, 2020, plaintiff and counter-defendant KBM Office Equipment, Inc. ("KBM") filed a motion to dismiss the second and third causes of action in Neutral Posture's counterclaim. (Dkt. No. 15.) Thereafter, Neutral Posture filed an amended counterclaim. (Dkt. No. 23.) KBM then filed a motion to dismiss the second cause of action in the amended counterclaim. (Dkt. No. 26.)

In light of the amended counterclaim, KBM's first motion to dismiss is **TERMINATED** as moot. With respect to the second motion to dismiss, all briefing is **STAYED** for 60 days.

This Order terminates Docket Number 15.

**IT IS SO ORDERED.**

Dated: March 11, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**