# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KBM OFFICE EQUIPMENT, INC.,**<br>    Plaintiff and counter-defendant,<br>vs.<br>**NEUTRAL POSTURE, INC.,**<br>    Defendant and counter-claimant. | CASE NO. 19-cv-07789-YGR<br><br>**ORDER STRIKING ANSWER AND COUNTERCLAIM; ENTERING DEFAULT**<br><br>Dkt. No. 35 |

On February 19, 2020, defendant and counter-claimant Neutral Posture, Inc.'s (Neutral Posture) counsel filed a motion to withdraw as counsel in this case. (Dkt. No. 21.) Thereafter, Neutral Posture requested a 60-day stay to give it sufficient time to locate and engage alternative counsel. (Dkt. No. 22.) On March 11, 2020, the Court entered an order staying the case, including all briefing deadlines, for 60 days. (Dkt. No. 30.) While the stay was in effect, the Court ordered Neutral Posture's counsel to confirm that it had informed its client of the consequences of counsel's withdrawal in the matter and served the following notice on its client:

### NOTICE TO CLIENT CORPORATION
### WHICH WILL BE UNREPRESENTED

**As a corporation, you will not be able to represent yourself in Court. You should immediately seek advice regarding legal representation**. Failure to retain an attorney may lead to an order striking the pleadings that have been filed on your behalf or to the entry of a default judgment against you.

If you do not keep the Court and other parties informed of your current address and telephone number, they will not be able to send you notices of actions that may affect you, including actions that **may adversely affect your interests or result in your losing your case**.

(Dkt. No. 31.) Neutral Posture's counsel filed a supplemental declaration confirming compliance with the Court's order, (Dkt. No. 32), after which the Court granted the motion to withdraw (Dkt. No. 33).

Further, on March 4, 2020, plaintiff and counter-defendant KBM Office Equipment, Inc. (KBM) filed a motion to dismiss and strike certain provisions of defendant and counter-claimant Neutral Posture, Inc.'s (Neutral Posture) amended counterclaim.  (Dkt. No. 35.).  Neutral Posture's response to the motion initially was due by March 18, 2020.  Because of the 60-day stay, the deadline to file a response was extended to May 18, 2020.

On May 19, 2020, KBM filed a request for entry of order by default on its pending motion. (Dkt. No. 35.)

As of the date of this Order, almost three months after the withdrawal of Neutral Posture's counsel, the Court has not received any notice or substitution of new or replacement counsel for Neutral Posture.  Thus, Neutral Posture remains unrepresented in this case.  Additionally, Neutral Posture has not filed any response to the pending motion.

Accordingly, the Court hereby **STRIKES** Neutral Posture's answer and counterclaim (Dkt. No. 13) and **GRANTS** KBM's Motion for Entry of Default.

This Order terminates Docket No. 35.

**IT IS SO ORDERED.**

Dated: June 15, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**