**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KBM OFFICE EQUIPMENT, INC.,**<br><br>        Plaintiff,<br><br>   vs.<br><br>**NEUTRAL POSTURE, INC.,**<br><br>        Defendant. | CASE NO. 19-cv-07789-YGR<br><br>**ORDER GRANTING MOTION TO SET ASIDE DEFAULT; DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 41, 42 |

Pending before the Court is defendant Neutral Posture's motion to set aside a default due to inadvertence. The Court finds the motion has merit, very little prejudice exists which cannot be addressed, and to grant the motion would further the principle of resolving issues on the merits. The only legal work done which could have been avoided was that with respect to the filing for the entry of judgment. Legal work related to the motion for judgment would have had to be done to prove up the case and therefore little harm exists that it was done in that context.

Accordingly, the Court orders as follows:[1]

1. The motion to set aside default is **GRANTED**.

2. By **Friday, September 11, 2020**, defendant shall forthwith pay plaintiff $500.00 to defray the cost of unnecessary work.

3. The Court sets a Case Management Conference for **Monday, September 14, 2020 at 2:00 p.m**. A Zoom link will be posted. Parties shall file a case management statement in advance of the Conference.

4. The motion for judgment is **DENIED WITHOUT PREJUDICE**.

This order terminates Docket Numbers 41 and 42.

**IT IS SO ORDERED.**

Dated: August 27, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the motion appropriate for decision without oral argument.