GAVIN D. WHITIS, State Bar No. 184133
gwhitis@wfbm.com
JENNIFER A. MORIN, State Bar No. 234925
jmorin@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:   (415) 391-6258

Attorneys for Defendant and
Cross-Claimant
NEUTRAL POSTURE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KBM OFFICE EQUIPMENT, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEUTRAL POSTURE, INC., a Texas corporation; and DOES 1-20, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 4:19-cv-07789-YGR<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT/COUNTER-CLAIMANT NEUTRAL POSTURE, INC.'S COUNTER-CLAIMS WITH PREJUDICE**<br><br>Filed:　　　　October 24, 2019<br>Trial Date:　　October 25, 2021 |

The parties to this action are Plaintiff and Counter-Defendant KBM OFFICE EQUIPMENT, INC. and Defendant and Counter-Claimant NEUTRAL POSTURE, INC. (the "Parties").  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate and agree to dismiss the Counter-Claims of NEUTRAL POSTURE, INC. in their entirety and with prejudice, each party to bear its own costs.

Dated:  December 3, 2020    ROBERTSON & LEWIS

By:   /s/ Wm. Thomas Lewis
WM. THOMAS LEWIS
Attorney for Plaintiff and Counter-Defendant KBM OFFICE EQUIPMENT, INC.

Dated:  December 3, 2020    WFBM, LLP

By:   /s/ Gavin D. Whitis
GAVIN D. WHITIS
Attorney for Defendant and Counter-Claimant NEUTRAL POSTURE, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 12/10/2020

Yvonne Gonzalez Rogers
United States District Judge