UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KBM OFFICE EQUIPMENT, INC.,**  <br><br>  Plaintiff,  <br><br>  vs.  <br><br>  **NEUTRAL POSTURE, INC.,**  <br><br>  Defendant. | CASE NO. 19-cv-7789-YGR  <br><br>  **ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

The parties having informed the Court that they reached a settlement. Plaintiff's claims in this case were stayed pursuant to the Court's December 22, 2020 Order. (Dkt. No. 59.) Given the procedural posture, **IT IS HEREBY ORDERED** that the instant case is **CLOSED** for statistical purposes only.

Nothing contained in this Order shall be construed as a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this Order had not been entered. Within 30 (thirty) days of the fulfillment of all obligations provided for in the parties' settlement agreement, the parties shall contact this Court and advise whether the case should be terminated and/or other actions which should be taken.

**IT IS SO ORDERED.**

Dated: September 24, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**