AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

KBM OFFICE EQUIPMENT, INC.

Plaintiff (s),

V.

NEUTRAL POSTURE, INC.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-CV-07789-YGR

Notice is hereby given that, subject to approval by the court, __KBM OFFICE EQUIPMENT, INC.__ substitutes
(Party (s) Name)

__Alexander H. Ramon of Hoge, Fenton, Jones & Appel, Inc.__, State Bar No. __282867__ as counsel of record in
(Name of New Attorney)

place of __Wm. Thomas Lewis of Robertson & Lewis__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Hoge, Fenton, Jones & Appel, Inc.
- Address: 6801 Koll Center Parkway, Suite 210, Pleasanton, CA 94566
- Telephone: (925) 224-7780    Facsimile (925) 224-7782
- E-Mail (Optional): alex.ramon@hogefenton.com

I consent to the above substitution.

Date: December 4, 2023

(Signature of Party (s))
Matt Denning

I consent to being substituted.

Date: November 30, 2023

(Signature of Former Attorney (s))
WM. THOMAS LEWIS

I consent to the above substitution.
Date: November 30, 2023

(Signature of New Attorney)
ALEXANDER H. RAMON

The substitution of attorney is hereby approved and so ORDERED.

Date: January 4, 2024

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

4859-8112-9108v1