AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

KBM OFFICE EQUIPMENT, INC.

                        Plaintiff (s),

V.

NEUTRAL POSTURE, INC.

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-CV-07789-YGR

Notice is hereby given that, subject to approval by the court, __KBM OFFICE EQUIPMENT, INC.__ substitutes
                                                         (Party (s) Name)

__Sblend A. Sblendorio of Hoge, Fenton, Jones & Appel, Inc.__, State Bar No. __109903__ as counsel of record in
                (Name of New Attorney)

place of __Wm. Thomas Lewis of Robertson & Lewis__.
                                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Hoge, Fenton, Jones & Appel, Inc. |
| Address: | 6801 Koll Center Parkway, Suite 210, Pleasanton, CA 94566 |
| Telephone: | (925) 224-7780    Facsimile (925) 224-7782 |
| E-Mail (Optional): | sblend.sblendorio@hogefenton.com |

I consent to the above substitution.

Date:   December 4, 2023

                                        (Signature of Party (s))
                          Matt Denning

I consent to being substituted.

Date:   November 30, 2023

                                  (Signature of Former Attorney (s))
WM. THOMAS LEWIS

I consent to the above substitution.
Date:   November 30, 2023

                                  (Signature of New Attorney)
SBLEND A. SBLENDORIO

The substitution of attorney is hereby approved and so ORDERED.

Date:   January 4, 2024                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]